# Notice Recipients

District/Off: 0311−1    User: Brandon    Date Created: 9/3/2015
Case: 15−50930−BLS    Form ID: ntcAP    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust    United States Trustee    844 King Street, Room 2207    Lockbox #35    Wilmington, DE 19899−0035

TOTAL: 1